James Lynn Hines
Box 8400 2D42
ASPC Florence Browning
Florence Az. 85232

FILED
2008 JUN 26 PM 3:39
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RAA DEPUTY

United States District Courts
880 Front Street Ste 4240
San Diego Ca. 92101 - 8900
Attention: Federal Agency FBI - INS.

'08 CV 1149 JAH WMc

James Lynn O'Hines
VS.
Florence Wardens Ontiveros - Stewart - Tours Bijos - etal.
Dir. of Corrections Schriro
Gov's. Napolitano - Schwarzenegger
Ventura Oxnard parole Dept. IV
Health & Law officers. %.

— 18 USCA § 2385 "Anarchy." —
— Law & Medicine & Health. —
"Living Will"
Trust, Probate, Wills.

1.# Murder & Medical Malpractice, Molestation by: "The Act of Accessio" U.C.C. 4-22 at 95 2d ed 1979

2.# Illegal Institutional Classification Committee False Reports Time Credit Restorations Rule Violations to enhance Medical & psych.

3.# "Ali a Enormia" Extensive multiple Damages. Tort 42 USCA § 1983 - 1362

RECEIVED
JUN 2 5 2008
SOUTHERN DISTRICT OF CALIFORNIA

A. Jurisdiction: California to Arizona: Schwarzenegger to Napolitano. for racial segregation Law & Order.

RECEIVED
JUN 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

(1) Applomna & Applemna Insurance practice for: pharmaceuticals sales to prisoners at Tax payers expenses: § 8674.

(2)- Mallinkrodt Chemicals (eg) psych.

(3)- Contracted private owned Bio tech Drug king medical. aka. West Side pharmaceuticals.

(4) H-M-O. Uniform Commercial Code UCC § 9-104 (2).

(5) Alcohol, Tobacco, Fire arms - D-E-A Drug Enforcement Agency 5 USCA § 551 § 552.

(A.) Defendants are Insurance Companies police Defendants use of electronic video television surveillance to Criminal Anarchy. Institutional Classification Committee ICC. Warden Robert Stewart (eg) defendant permissive of insubordination to allow minimum - medium security I/m plaintiff medical emergency transfer to Isolate, segregate, and suppress and oppress and obstruct on Hearsay evidence to deny a more broad scope of reprieve internally ... externally.

(B) %s. for Geico Prudential Allstate Firemans Farmers are L-D-S. Church of Jesus Christ of Latter Day Saints as: Protestant - Jewish and St. Thomas of Aquinis Parish Police officers. Reverse Racial, Religious, Sexual to enhance and extend damages in a supervisory capacity.

(C). Modus Operandi and Imminent Danger by Affirmative Action supervision of Minority racial officers denies Venue, due process.

Gay Hate Crime to push by Accessio Gay-Bisexual-males to Florida Ken Kaising Rehabilitation Tampa Fl. from Bathhouse to Bathouse w/ St. Thomas of Aquinis Parish police San Diego jury peace officer Association Union no Witness to Los Angeles Homocides San Diego Narcotics and Law & Health corruption by computer as tool used in crimes for "Accessio".

"Acquiescence" under interrogations by electric telephonic aural acquisition 18 USCA § 2510 4 criminal law wire tapping has denied fair impartial Venue, and suppressed felony knowledge, permitted Word vs. word in/of Rule violations to extend audio hypnosis isolated and segregated and censored inre: mail, telephone, employment, education, due process Law library, July 203 Wash. D.C. July 9th Az. court of Appeals Aug 26 Phil. county deadlines due dates. Accessory 1 Charles E Torcia Whartons Criminal Law § 35 at 232-03 15th Ed. 1993 and RFV Heuston Salmond on the Law of Torts 113 17th ed (1977). "Accessio" And denial of Access to counsel for Advocate witness Rule for wiretapping interviews inre: Sexual preference, Religion, Racial opinions. eg from Kenneth S. Countryman P.C. office and internet web site access locations:

Bremen House 1726 North Seventh Street Phoenix Az 85006 602. 258-2599 "Conflict of Interest"

A.R.S. 13-2301. Orgainzed Crime fraud Terrorism.

Inre: Los Angeles Homocides Medical Malpractice Child custody.

Institutional Classification Committee for Rule Violations as: False statements contradictions to further a reverse racial anti-social political cause under an Adverse Governorship California + Arizona - A civil Rights issue for Blacks, Seminoles Indians of Florida, cajun-creole, peoples. Petitioner is a Seminole 1/2 breed cajun. White Minority 42 ajs of 3 Indians mixed bloods.

Personal Injury to plaintiff, plaintiffs child, plaintiffs Mother. Property as: Residence 1018 Bompart Ave. Webster Groves Mo. 63119 1990 to 1997 - 99 - 2003 2004 - 2008 Strasburg Rd. Farm job title shares of stock options Moultrie Co. Illinois Fisherman's Henry's Mkts Health Food stores U.S. of A. Narcotics, Vice computer extortion by "Accessio" 1990 to 1997 Threats verbally by defendant No. 4. & 5 Health & Law O/S Ventura (Parole dept Reg 4) - Oxnard Calif. to Phoenix Az Via Atascadero, San Diego Ca. Responsibility supervisory authority.

Sept 12 to Oct 7th child and parolee abducted by sound Calif to Ariz after series of incidents of Mixed locked areas frozen by computer police labs to allow Narcotics hostile take over of family business Henry's Mkts plaintiffs job housing area, and parole region pre-poss Board & Care in parish of St. Thomas of Aquinas to permit "reckless supervision" + collect Geico Insurance policies and/or incarcerate parolee. (2).

Asian a Mexican Reverse Racial Discrimination of: Quintilla - Quintana Occult in/of St. Thomas of Aquinas Parish w/ enabled authority Civil Con Rep & Parole Dept, w/ Nuñez & Vice C.I. confidential Informant "Edward Quintana Hernandez" Inc: testimony, compulsory arbitration, criminal liability, statement against Interest Az. R. of Crim proc 803. 804. Exceptions personally pre-post jury conviction by: Wilma Mecarro, Lt. Mecarro of Hawaii & Guam. and Auto Body Shop Network % Gutierrez - Kowalski San Diego to Phoenix Az P.O.A. %s 5Dp0 pp0 "Grand Jury Indictment" Solicitor General Writ of prohibition Mandamus Extraordinary Writ due July 2 2008. A masonic Lodge consolidation: "Yamamoto - Wong." (Japanese) (Chinese) Exp. Foreign controlled corporation for/of Anarchy & #

Bathhouses and Taverns association Owners

Liquor Licensed Bars San Diego and Phoenix dragnet civil holiday opportunistic for malignancy of protest under Sheriff Joe Arpaio w/ assistance of Jim Sheffield for politically active activists B'nai B'rith of Jaffe MD. Inc "Banner Hospitals Medical Group" Contracts to State prisons parollees for: Prudential Ins. Co. Ian Paisley of Orange Ulster Party. American Volunteer Forces, (anti- Irish - indian) : (plaintiff).

Conclusion: Change of Venue Federal transfer 28 USCA § 1404 (a). Compensatory punitive damages 25,000.00 a month.

Sgts at Dims + as = Jewish Protestant Liberal overly-influential and burdensome 9th 10th 11th Const- Amend. Violations - "Brass Rail Bar" + "Fat Cats Bar" Computer Net maze lock "burg" a computer term of = "Frozen wren" Modern police practices and procedures civil code violations Whitkins § 4225 § 4550 approx. to show as of right claim for exigent relief. Incl: subjugation.

The right to not be suppressed oppressed and to be free from association due to race, religion, sex. no alien - parollee Malloy, Jackson K36989. # from State Hospital. Concep Parole Dept contract terms -- Prohibits Discriminations. (eg).

Homosexual and/or professed Gay and Lesbian y/os from adult to Arizona in/of St. Thomas of Aquinis Parish Insurance conglomerated peace officer Association w/ local businesses deny a Venue; free of partiallity. (eg). 10, to 1 # ratio per centages of authority vs plaintiff.

Imminent Dangers and Modus Operandi of Volunteer Force Insurance Officers: "Enticement and Entrapment" "Cause and Injury" "Pharmaceutical Sales", (over personalized general welfare) "Audio Video Technician - deliberate indifferences" To parole to same authority is imminent danger. ✓
Auto transportation by custody officers is imminent danger. ✓
To extend Incarceration and deny good time credits for prolonged audio - hypnosis, litigation reprieve, over familiarly to pre-meditated Affirmative Action Reverse Racial Discriminations. as an imminent Danger. ✓

Exhaustion of Remedies ? Yes. 42 USC § 1997 e (a)

Serious physical Injuries ? Yes. 42 USC § 1997 e (e).

pre-conceived conspiracy ? Yes. Chicago Miracle Temple Church Inc. v. Fox (or: B'nai B'rith society) N.D. Ill. 1995 901 F. Supp. 1333 pre-conceived conspiracy [illegible] 7.5. 1. (Sgt. Littleton - Kowolski St. Louis Mo aka Jagodinsky) Sgt. Sieferr ... for Jathe MO Inc. # Now at Florence from San Diego Ca. follow-up. Prudential Insurance Co., Banner Medical Group, Masonic Temple Imminent Dangers: 1. Amazon Cancer

2. Jacobs ladder

3. Black Knights & White Knights

4. Susanna

5. Judith

Fed & State "Teilborg" # 6. and Judges "Klein & Doddah" Rosecurian cabala "Games" played on petitioner by defendants. To demonstrate: cause and injury pre-poss Wilshire - Brentwood. Del Mar double Homocides witnessing of David Clark Smith w/ others stabbing Nicole Brown Simpson and Ronald Goldman and witness plaintiff repeatedly San Diego to Phoenix Az. in/out of custody. 1994 - 1997 - 2005 - total by knife ... witches needle ... and syringe ... # imminent danger ✓

This concludes: Tort claim all means and measures met cognizable on behalf of ~~[illegible]~~ plaintiff. forthwith - July 1st 2008 James Lynn Hines #

* SDFR22465 #

SUPERIOR COURT OF CALIFORNIA
SAN DIEGO COUNTY
220 West Broadway

ADDRESS SERVICE REQUESTED

Solicitor General of the, United States Rm 5614 Dept of Justice 950 Pennsylvania Ave N.W. Washington DC 20530-0001

186.CRT37-20080318.S11

JAMES LYNN HINES
James Lynn Hines, 1-D-40 SMUII
P.O.Box 3400
Florence, AZ 85232

V.s United States of America.

Proof of Service: I as plaintiff/Petitioner do hereby declare that As of May/June 2008 I mailed to opponents the following documents and to Legal Representatives for declarant:

Office of the Attorney General State of Arizona 1275 West Washington Phoenix Az 85007-2926 tel. 602-542-5025

Office of the Attorney Gen. State of Calif. 1300 I Street Ste 1740 Sacramento Ca 95814. tel. 916-324-5437

Middle Ground Prison Reform 139 East Encanto Dr. Tempe Az 85281 tel. 480-966-8116

CMS Region 9 75 Hawthorne Street Ste 408 San Francisco Ca 94105 tel. 415-744-3501

Dr. Bart Jarvis MD Inc. Southpoint Rehab Center 222 Gloi Ave El cajon Ca. 92020

Superior Court of California 250 E. Main St. El cajon Ca. 92020-3941

Clerk of the Court Superior Crt of Az. Southeast Div 222 E. Javelina Ave Mesa Az. 85210-6201 attn. Michael K. Jeanes

Superior Court of Calif. County of San Diego 330 West Broadway Room 225 San Diego Ca. 92101

pro per in persona

James Lynn Hines

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED 2008 JUN 26 PM 3:39 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY [signature] DEPUTY

**I. (a) PLAINTIFFS** James Lynn O'Hines

**DEFENDANTS** Ontiveros, et al.

(b) County of Residence of First Listed Plaintiff ______ (EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant ______ (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
James Lynn O'Hines
PO Box 3400
Florence, AZ 85232
197067

Attorneys (If Known)

'08 CV 1149 JAH WMC

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 USC 1331
Brief description of cause:

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE 6/26/08 ~~SIGNATURE OF ATTORNEY OF RECORD~~ R. Molloy

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______